```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 08-cr-22-PB

**Linda D. Bevins**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 2, 2008, citing the need for additional time to allow defendant to undergo necessary medical procedures and to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 17, 2008 final pretrial conference is continued to January 21, 2009 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 17, 2008

cc:  Bjorn Lange, Esq.
     Mark Zuckerman, AUSA
     United States Probation
     United States Marshal