**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                               Case No. 08-cr-22-PB

**Linda D. Bevins**

## O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for February 3, 2009 citing the need for additional time to undergo necessary medical treatment and prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 3, 2009 to April 7, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on March 30, 2009 at 4:00 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

January 26, 2009

cc:  Bjorn Lange, Esq.
     Mark Zuckerman, Esq.
     United States Probation
     United States Marshal