UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                        Case No. 08-cr-22-PB

**Linda D. Bevins**

**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for April 7, 2009 citing the need for additional time to complete necessary medical treatment and a forensic evaluation and to prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 7, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 30, 2009 final pretrial conference is continued to May 27, 2009 at 4:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 30, 2009

cc: Bjorn Lange, Esq.
    Mark Zuckerman, Esq.
    United States Probation
    United States Marshal