```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 08-cr-22-PB

**Linda D. Bevins**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009 citing the need for additional time to finalize a negotiated plea agreement and schedule a plea hearing following her release from the hospital. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to August 18, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 27, 2009 final pretrial conference is continued to July 20, 2009 at 2:00 p.m.

No further continuances absent good cause shown.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

May 28, 2009

cc:  Bjorn Lange, Esq.
     Mark Zuckerman, Esq.
     United States Probation
     United States Marshal